UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
American Cargo Transport, Inc.        )
                                      )
              Plaintiff,              )
                                      )
      v.                              )
                                      )   C.A. No.
                                      )
The Honorable Andrew S. Natsios       )
     Administrator United States Agency )
     for International Development    )
      et als.                         )
Defendants.                           )
_____ )

**CERTIFICATE UNDER LOCAL CIVIL RULE 7.1**

I, the undersigned, counsel of record for American Cargo Transport, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of American Cargo Transport, Inc which have any outstanding securities in the hand of the public: None.

These representations are made in order that Judges of this court may determine the need for recusal.

_____
Timothy B. Shea    DC Bar #234005
NEMIROW HU & SHEA
1629 K Street, NW; #600
Washington, DC  20036
(202) 835-0300

Attorney for American Cargo Transport, Inc