UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| America Cargo Transport, Inc. )<br> )<br>        Plaintiff, )<br> )<br>v. )<br> )<br> )   C.A. No.<br> )<br>The Honorable Andrew S. Natsios )<br>   Administrator United States Agency )<br>   for International Development )<br>   et als. )<br>        Defendants. )<br> ) | |

Declaration of Obaid Ahmad

1. I, Obaid Ahmad, am Vice-President of Euro-America Shipping & Trade, Inc. with offices at 1900 L Street, NW Suite 303, Washington, DC 20036. Euro-America Shipping & Trade, Inc. is a firm specializing in brokering of services of vessels in the foreign trade and in that capacity we represent American Cargo Transport, Inc. ("ACT") in offering its services to United States government agencies including the United States Agency for International Development. I make this declaration based on my personal knowledge.

2. On July 11, 2005, Care issued an Invitation for Bid (Attachment 1) seeking offers for ocean freight service from Dubai, UAE to Mombasa, Kenya on an urgent basis to lift 2,009 metric tons of bagged sorghum for Somalia. Offers were to be submitted by fax to Care's agent by 1100 hours on July 13, 2005. The cargo was sponsored by USAID under the Title II program.

3. In response to the USAID Invitation on the morning of July 13, 2005, we submitted a timely, responsive offer (Attachment 2) to Care on behalf of ACT for service by its U.S.-flag vessel, the THUNDER / LIGHTNING ("Vessel"), to carry bagged sorghum cargo from Dubai, UAE to Mombasa, Kenya in accordance with the terms of the tender. This Vessel, an integrated tug barge unit that is well suited to carrying of such cargo, was in the port of Port Rashid, Dubai at the time so it was perfectly positioned to carry the cargo on an urgent basis.

4. On July 13, 2005 and through the date of this submission the Vessel remained in Dubai and available to load cargo immediately and sail directly to the discharge port.

5. Ordinarily, USAID acts on offers for tenders of urgent cargo within two business days of receipt. It is very unusual for the agency to withhold action on offers of urgent cargo for more than four days.

6. On July 19, 2005, seven days after the submission of offers on the tender, USAID made a decision to assign the bagged sorghum to a foreign vessel with a schedule that provided an estimated time of arrival *later* than ACT's Vessel.

7. On or about July 20, 2005 ACT learned that the cargo had been assigned tentatively to a foreign flag vessel with later delivery schedule than the Vessel. Specifically, the ACT Vessel was scheduled to deliver the cargo by direct sailing within nine days from loading. The foreign vessel awarded the cargo maintained a schedule that would provide for discharge in 12-14 days after making at least one or two intermediate port calls.

8. We on behalf of ACT protested the decision to USAID orally and in writing (Attachment 3). We also applied to Marad for assistance with USAID. Marad too protested the action to USAID and advised USAID that it was out of compliance with the Cargo Preference

Act.

9. USAID did not provide any rationale for its decision to ACT.

10. The ACT Vessel is considered to be a liner vessel by Marad. If this award to the foreign flag vessel is allowed to stand, the US flag liner participation for the Title II program for cargo to Somalia will fall to 57.6%; the U.S.-flag percentage participation in the Title II program for the current year is approximately 62.3%, both measurably below the required 75%. Further, the cargo preference accounting year, which runs from October 1 to September 30, is nearing its end so the amount of time available to correct deficits is running short.

11. By letter of July 20, 2005 to USAID, ACT, through its counsel, protested the decision (Attachment 4) to allocate the bagged sorghum to a foreign vessel with slower delivery as not in accordance with the terms of the tender and the Cargo Preference law. USAID advised that it intended to maintain the foreign vessel for the carriage.

12. The THUNDER/ LIGHTNING remains unemployed in the port of Dubai as of this writing. It has been unemployed for more than two weeks. ACT will soon be required to make decisions as to how and where to position the vessel for this cargo or perhaps to lay off the crew by reason of the failure of Defendant USAID to meet the required minimum participation for U.S.-flag vessels under Title II. Thereafter, the crew will be discharged and the vessel will remain idle until such time as it can be suitably employed.

13. The Vessel remains available to load the cargo immediately and deliver it to the discharge port without any intermediate port calls.

Sworn and subscribed to under the penalty of perjury this 22nd day of July, 2005.

_____
Obaid Ahmad

ATTACHMENT 1

Program: Title II
Date: July 11, 2005
Issued By: Muller Shipping Corporation
On Behalf of: CARE

CARGO DESCRIPTION:
Country/Ref: Somalia
Qty/Cmy/Pkg: Up to 2,009 NMT Sorghum 50 Kg Bag
Load Point/Availability: Preposition / Port Rashid Shed # 7
Lot MI-05-0102, Port Rashid Shed # 7
Availability: Prompt
Discharge Port/Destination: Mombasa
Delivery Terms: 2.(A)(i), full liner terms all-inclusive per Part II of the USAID Title II Booking Note for Packaged Commodities.
Load terms: Port Rashid Shed # 7 basis FAS vessel if breakbulk service is offered, and CFS, if container service is offered. Delivery Order Fee, Interport Transfer (IPT) and T.H.C., if applicable, are all for ocean carrier's account.

If containerized, Carrier must certify that each container utilized to load cargo is in A) Wind and Water-tight condition; B) Not more than ten (10) years old; C) Not a salvaged container or mustered out from regular service. Ocean carrier will have four (4) working days to inspect, accept or reject the contracted commodity, giving reasons in writing for any rejections. The ocean carrier shall identify any rejected commodity to Dubai Port Authority (DPA) and USAID.
LDA: No
DDA: Yes / Urgent / Transit time, with delivery to Mombasa not more than twenty (20) days from date on-board / $1.00 per ton per day.
Fumigation: If cargoes are lifted on or before July 30, 2005 fumigation will not be required prior to loading. Fumigation will be required at owner's expense if lifting later than July 30.
Dispute Resolution: Part II Clause 27.(A) [Arbitration] to be applicable to any contract(s) awarded under this RFP.

SPECIAL TERMS AND CONDITIONS
In accordance with customs of the port(s), cargoes are to be discharged in a safe and orderly manner onto receiver's trucks, or onto port wagons or railway wagons alongside vessel.
Cargo shipped in containers for carrier convenience, any and all costs at the discharge port up to Free On Receiver's trucks, including devanning/stripping and shorehandling charges are for carriers account.

ADDITIONAL CLAUSES:

1. Offers must be for named vessel(s) and include reasonable and acceptable loading schedules and transit times in order to be considered responsive. Offers for carriage via vessels not in a regularly scheduled liner service must provide vessel's itinerary and current position. Additionally, such offers should include full particulars on vessel owner's company including officers, address and bank reference (unless already on file).

2. The following documents shall be supplied and paid for by the vessel owners for breakbulk cargoes: A) Certificate of Cleanliness, B) Official Stowage Examination; for all cargoes: C) Fumigation Certificate. The foregoing to be provided upon issue and signing of original bills of lading.

3. Evaluation and contract award: offers which do not comply with mandatory requirements of this RFP, including but not limited to the minimums and maximums specified above, will not be considered. Offers must include full particulars demonstrating the willingness and ability to meet these requirements. The shipper reserves the right to award without discussions. Award(s) will be to the lowest responsive offeror meeting the mandatory requirements of this RFP.

4. Offers may be submitted via fax to 516-256-7701 or hand delivered in a sealed envelope to: Muller Shipping Corporation, One Industrial Plaza, Building E, New York, NY 11581. Telephone offers are not allowed and will not be considered. Offers from NVOCC's will not be considered. Shipper reserves the right to accept or reject any or all offers.

5. Offers received after 1100 hours U.S. EDT Time Wednesday July 13, 2005 will not be considered.

6. Except to the extent as provided above, all awards under this RFP, will be subject to the terms and conditions of Part II of the U.S. Food Aid Booking Note dated November 1, 2004 which are fully incorporated herein. A copy of these terms and conditions may be obtained from http://www.usaid.gov/business/ocean/notices/. For further information call 516-256-7700.

7. Cargo Preference compliance will be in accordance with the Maritime Administration's January 8, 2003 letter.

8. Total commissions 2.5%. If offered direct, 2.5% to Muller Shipping Corporation. If offered through a broker, 2/3 of 2.5% to Muller Shipping Corporation, and 1/3 of 2.5% to owners' broker.

9. USAID requires a standard large size USAID flag and a USAID banner with revised USAID emblem which is approximately 16 feet wide by 16 feet tall to be displayed on vessels carrying USAID funded cargoes. Both the banner and flag are to be flown while the vessel enters the load/discharge ports and during cargo operations. Subsequent lightering contracts should ensure the daughter vessels also carry the same. Vessel Owner is therefore required to take necessary action at their expense to comply. This requirement will be incorporated into any booking contracts for cargoes awarded under this IFB. See website http://www.usaid.gov/branding/ for most recently updated USAID logo and brandmark information.

END OF FREIGHT TENDER

ATTACHMENT 2

# EURO-AMERICA SHIPPING & TRADE, INC.

1900 L STREET, N.W.  
SUITE 303  
WASHINGTON, D.C. 20036

TEL: (202)463-6690  
FAX: (202)463-6695  
TLX: 64595 EUROAM  
E-MAIL: info@euroamerica.us

JULY 13, 2005

MULLER SHIPPING CORP.

VALLEY STREAM, NY

RE: CARE FREIGHT TENDER / EX DUBAI PREPO / SOMALIA / PL480 TITLE II
DATED JULY 11, 2005

ON BEHALF OF OUR PRINCIPALS, WE ARE PLEASED TO OFFER FIRM AS FOLLOWS:

OWNERS:    AMERICA CARGO TRANSPORT, INC.
16300 CHRISTENSEN ROAD

SEATTLE, WA 98188
DIRECTOR: MS. R. HARLOWE
BANK REFERENCE: KEY BANK, SEATTLE

VESSEL:    THUNDER/LIGHTNING
INTEGRATED TUG/BARGE UNIT
U.S.A. FLAG    BUILT 1991
7,164 LT DWT ON 20 FT DRAFT
LOA 580.50 FT / BEAM 65 FT
ALL DETAILS 'ABOUT'
CURRENT POSITION: DUBAI
ITINERARY: DUBAI / MOMBASA

CARGO AVAILABLE: PROMPT

QUANTITY: APPROX. 2,009 NMT SORGHUM IN 50 KG BAGS

LOADPORT: PORT RASHID SHED #7, DUBAI
ETD: JULY 20, 2005 AGW WP

DISCHARGE PORT: MOMBASA, KENYA
ETA MOMBASA: JULY 29/30, 2005 AGW WP

TERMS: FULL BERTH TERMS. ALL INCLUSIVE. NO DEM/DES/DET.

FREIGHT RATES:    USD 298.00 PGMT

OWNERS MAKE ALL WARRANTIES, GUARANTIES, AND CERTIFICATIONS AS PER THE TENDER. CARRIER IS A VOCC AND SERVICE IS DIRECT AND BREAKBULK/CONTAINERIZED. FMC TARIFF #1 AND CARRIER TARIFF RATE IS TO BE FILED.

ALL OTHER TERMS AND CONDITIONS AS PER THE TENDER AND PROFORMA BOOKING NOTE.

OBAID AHMAD
EURO-AMERICA SHIPPING & TRADE, INC.
AS BROKERS ONLY

ATTACHMENT 3

SENT: CARE Freight Tender / Ex Dubai Prepo / Somalia (153 of 7828)

Mark as: ▼   Move | Copy   This message to ▼   Back to SENT ⇦⇨

Delete | Reply | Reply to All | Forward | Redirect | View Thread | Blacklist | Whitelist | Message Source | Save as | Print

**Date:** Tue, 19 Jul 2005 16:59:04 -0400 [07/19/2005 04:59:04 PM EDT]
**From:** Obaid Ahmad <obaid@euroamerica.us>
**To:** Denise Stone Sherl <dscherl@usaid.gov>
**Cc:** Renata Cameron <rcameron@usaid.gov>, Chris Karpinski <ckarpinski@usaid.gov>, Mike Yarrington <Michael.Yarrington@marad.dot.gov>, Paul Blizzard <Blizzard@mullershipping.com>, Juan Matute <JMatute@mullershipping.com>, Tom.Harrelson@marad.dot.gov
**Subject:** CARE Freight Tender / Ex Dubai Prepo / Somalia
**Headers:** Show All Headers

Dear Denise:

Please refer to the P1 U.S. Flag offer submitted by ACT on July 13, 2005. Furthermore, we have now been advised that cargo has been flagged foreign. ACT strongly protests this flagging. According to the MARAD website, the relevant U.S. flag percentages (as of 7/14/05) are as follows:

Somalia:  82.0%
Liner:    69.4%
Title II: 62.8%
Overall:  66.9%

However, if the current cargo is booked foreign, the Somalia percentage drops to 57.6%. Based on the above percentages, ACT strongly believes that cargo should be flagged against ACT's P1 offer.
ACT requests USAID to offer valid justification for the current flagging, and strongly urges USAID to re-consider the flagging based on the above facts. We believe MARAD will support the above request in accordance with cargo preference laws.

Thanking you for your cooperation and assistance in the matter.

Best Regards
Obaid Ahmad
E.A.S.T.
A.B.O.

Euro-America Shipping & Trade, Inc.
1900 L Street, N.W.
Suite 303
Washington, D.C. 20036
Tel: 202-463-6690
Fax: 202-463-6695
Email: obaid@euroamerica.us

**Kevin P. Callahan**
Attorney At Law
9821 Days Farm Drive
Vienna, Virginia 22182
703-759-4992

July 20, 2005

Denise Scherl                   VIA EMAIL AND FAX
Chief, Transportation Division
U.S. Agency for International Development
1300 Pennsylvania Ave., NW
Washington, DC 20523-7900

      Re:    Title II Freight Tender for Service for CARE from Dubai to Mombasa
               (ultimate destination, Somalia)

Dear Ms. Scherl:

     I am writing on behalf of America Cargo Transport, Inc.("ACT") of Seattle, Washington, which submitted timely, responsive offers on July 13 to carry 2,009 MT of CARE cargo moving under the subject tenders with its U.S. flag ITB vessel THUNDER/LIGHTNING (the "Vessel"). The cargo was assigned to a foreign flag carrier and marked "urgent". The THUNDER/LIGHTNING is already in Dubai and should be assigned this cargo. The Vessel is available for immediate loading and can take the subject cargo immediately to Mombasa.

     According to the Maritime Administration, if the subject cargo remains booked with a foreign flag carrier, the percentage of cargo shipped to Somalia via U.S. flag vessels will be only 57.6%. In view of the above, ACT strongly protests the current flagging for this cargo. ACT requests USAID to immediately review and reconsider the current flagging and flag this cargo in accordance with cargo preference law requirements to the United States flag carrier, ACT.

     This letter follows upon the oral and emailed protests voiced by ACT through its broker

yesterday. I respectfully urge that the proposed action would violate the terms of the tenders and the Cargo Preference Act, 46 U.S.C. App. §1241(b) and the Marad rules at 46 C.F.R. §381.5, which, of course, require that U.S. flag vessels be fixed first and that the unit of measurement is each purchase transaction.

It is my opinion that USAID strayed from the required course of action and violated the Cargo Preference laws.

I urge you to revisit this decision. To the extent that you may instruct any PVO to foreign flag vessels for any portion of these cargoes, you do so over our specific protest.

Sincerely,

*[signature]*

Kevin P. Callahan

cc: Tom Harrelson
    Joe Sanders
    Obaid Ahmad
    Tim Lord, esq.

ATTACHMENT 4

**Date:** Wed, 20 Jul 2005 17:23:40 -0400 [07/20/2005 05:23:40 PM EDT]
**From:** "Scherl, Denise(M/OAA/TC)" <DScherl@usaid.gov>
**To:** Obaid Ahmad <obaid@euroamerica.us>
**Cc:** "Cameron, Renata D(M/OAA/TC)" <RCameron@usaid.gov>, "Karpinski, Christine(M/OAA/TC)" <CKarpinski@usaid.gov>, Mike Yarrington <Michael.Yarrington@marad.dot.gov>, Paul Blizzard <Blizzard@mullershipping.com>, Juan Matute <JMatute@mullershipping.com>, Tom.Harrelson@marad.dot.gov, Kevin Callahan <kpcallahan@msn.com>, Joe Sanders <joe@joreintl.com>
**Subject:** RE: CARE Freight Tender / Ex Dubai Prepo / Somalia
**Headers:** Show All Headers


Obaid:    Thank you for your e-mails regarding this matter.   Based upon USAID's program needs and consistent with Agency law and policy, USAID stands by its award decision.   Thank you for your continued participation in the Title II program.

Regards, Denise Scherl

-----Original Message-----
From: Obaid Ahmad [mailto:obaid@euroamerica.us]
Sent: Wednesday, July 20, 2005 12:20 PM
To: Scherl, Denise(M/OAA/TC)
Cc: Cameron, Renata D(M/OAA/TC); Karpinski, Christine(M/OAA/TC); Mike Yarrington; Paul Blizzard; Juan Matute; Tom.Harrelson@marad.dot.gov; Kevin Callahan; Joe Sanders
Subject: Fwd: CARE Freight Tender / Ex Dubai Prepo / Somalia

Dear Denise,

Further to our email sent yesterday, Owners would like to reiterate the fact that the ITB Thunder/Lightning has been sitting idle in Port Rashid, Dubai since last week.  This vessel is available to load the CARE cargo TODAY and sail directly to Mombasa with a 9 day transit time.  This cargo is declared urgent by CARE and this vessel can load and sail immediately for Mombasa.

Best Regards
Obaid Ahmad
E.A.S.T.
A.B.O.

Euro-America Shipping & Trade, Inc.
1900 L Street, N.W.
Suite 303
Washington, D.C. 20036
Tel: 202-463-6690
Fax: 202-463-6695
Email: obaid@euroamerica.us