UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
American Cargo Transport, Inc.                )
                                              )
               Plaintiff,          )
                                              )
v.                                            )
                                              )   C.A. No.
                                              )
The Honorable Andrew S. Natsios               )
   Administrator United States Agency        )
   for International Development             )
   et als.                                    )
                                              )
               Defendants.         )
_____ )

**ORDER**

Upon consideration of the application for temporary restraining order and preliminary injunction of. American Cargo Transport, Inc., the memorandum and declaration in support, the opposition thereto, and the entire record herein, it is hereby

ORDERED that plaintiffs' motion is GRANTED;

ORDERED that Defendant United States Agency for International Development ("AID") shall order that the parcel of approximately 2,009 metric tons of bagged sorghum cargoes destined for Mombasa under Invitation no. 075 that are now booked on foreign-flag vessels for loading in July 2005 to be retendered for the U.S.-flag vessel THUNDER / LIGHTNING; and it is further

ORDERED that any decision, instruction or approval to book or charter ocean

transportation under Invitation 075 on a foreign vessel a parcel of approximately 2,009 metric tons of bagged sorghum cargoes shall be set aside and declared void.


_____
Date:                                                                      United States District Judge