# EXHIBIT C



U.S. AGENCY FOR
INTERNATIONAL
DEVELOPMENT

July 13, 2005

.MEMORANDUM

TO:        File

FROM:      *DCHA/FFP/D, Lauren Landis* ~~R. Staal~~

SUBJECT:   Reliance on Title II Nothwithstanding Authority to Override Cargo
           Preference Rules, if applicable, for Dubai Shipment

## Current Situation

The Cooperative for American Relief Everywhere's (CARE) freight forwarder
received freight offers on July 13, 2005 for P.L. 480 Title II emergency food aid cargo
departing USAID's Prepositioning (PrePo) facility in Dubai, U.A.E. The food aid
tonnage is 2,009 metric tons (mts) of sorghum. The tonnage is destined for Somalia and
is classified as an emergency.

Following are the details of the CARE tonnage and freight/service offers.

U.S.-flag Priority One service offered by ACT at a rate of $298/mt. Equipment
offered was the THUNDER/LIGHTNING, an integrated tug/barge unit. ETD-Dubai, July
20, ETA-Mombasa, July 29/30.

U.S.-flag Priority One service from Sealift offered the following rate scale:

Equipment offered was the CLEVELAND, a mulitdeck vessel. ETA-Dubai
August 2, ETA-Mombasa, August 10.

– 2 –

U.S.-flag Priority Two service offered by Maersk Sealand at a rate of __ ETD-Dubai July 30, ETA-Mombasa, August14. Relay point over Salalah, Oman.

Foreign-flag service offered by CMA CGM at a rate of ,        .. ETD-Dubai, July 20 or August 8, ETA-Mombasa, July 31 or August 19, respectively.

Foreign-flag service offered by Global Container Lines at a rate of $65/mt. ETD-Dubai July 23, ETA-Mombasa August 7.

Due to the extreme price disparity between the U.S. Flag offers and the non-U.S. Flag offers for this critical Title II emergency food aid cargo, FFP agrees with M/OAA's recommendation to flag this shipment with the P3 offer and has elected to rely on the "notwithstanding" authority (see below) granted to the Agency by P.L. 480 to override compliance with cargo preference rules. CARE can award this cargo to the non-U.S. Flag carrier in the event that cargo preference applies to this outbound Dubai shipment. The Title II food currently at the PrePo facility was shipped from the U.S. all the way to Dubai in compliance with cargo preference rules. Paying the higher U.S. Flag rates would reduce the amount of Title II resources available to the Agency to address critical food needs this fiscal year.

## Background

Cargo preference rules currently require Food For Peace (FFP) to ship at least 75% of the Title II commodities it exports on board U.S. Flag vessels. Even under normal circumstances, cargo preference rules place burdens on Title II by imposing higher shipping costs and added administrative burdens on the program. In spite of these burdens and though it retains the right to do so, the Agency has only very rarely relied on its Title II emergency program notwithstanding authority to avoid compliance with cargo preference rules.

FFP recently established a commodity PrePo facility in Dubai, U.A.E. This facility, which began operation in September 2004, allows FFP to maintain a rotating stock of Title II emergency food commodities at a location that is relatively close to critically food insecure areas, particularly from the Horn of Africa and East Africa.

For commodities being shipped from the U.S. to the PrePo facility, FFP complies with cargo preference rules. Unfortunately, the Cargo Preference Act is drafted in such a way that it is unclear as to whether it applies to commodities shipped outbound from the PrePo facility to recipient countries. If indeed cargo preference rules were to apply to outbound PrePo shipments, they would require FFP to comply with the 75% mandate twice for the same commodities — once to Dubai for the U.S., and again from Dubai to the final destination port.

- 3 -

Section 202(a) of P.L. 480 allows the Administrator to implement Title II emergency programs "notwithstanding any other provision of law." This authority is inherent to the Title II emergency program and no particular actions need be taken by the Agency to rely on it. Prior case law strongly suggests that this "notwithstanding" authority allows the Agency to override compliance with cargo preference rules.

Clearances:

| | | |
|---|---|---|
| DCHA/FFP/DD: TStaal | | Date 7/15/05 |
| DCHA/FFP/POD: JDrummond | | Date JUL 15 2005 |
| GC/CMM: JJin | | Date 7/15/05 |
| GC/DCHA: HCohen | | Date 7/15/05 |
| M/OAA/T: DScherl | | Date JUL 1 3 2005 |