UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CARGO TRANSPORT, INC. ) ) ) Plaintiff, ) ) v. ) ) ANDEW S. NATSIOS, ) U.S. AGENCY FOR INTERNATIONAL ) DEVELOPMENT, ) and JOHN JAMIAN, ACTING ) MARITIME ADMINISTRATOR, ) DEPARTMENT OF TRANSPORTATION, ) ) Defendants. ) | Action No.: 05-1452 (RBW) ECF |

**DEFENDANTS' CONSENT MOTION TO
AMEND THE BRIEFING SCHEDULE**

Defendants respectfully request the Court amend the Briefing Order for the filing of dispositive motions and responses thereto in this case. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this motion.

There is good cause to grant this motion. On July 26, 2005, the Court held oral argument on Plaintiff's application for a Temporary Restraining Order and/or Preliminary Injunction seeking an order requiring the U.S. Agency for International Development (USAID) award Plaintiff the contract of delivering 2000 tons of sorghum to Somalia. The Court denied Plaintiff's application at that hearing. After the hearing, the Court set a Briefing Schedule for the filing of dispositive motions so that the Court could resolve this case on the merit. The schedule is as follows: (1) Defendant's motion for summary judgment is due on September 1,

2005; (2) Plaintiff's Opposition is due on September 23, 2005; and (3) Defendant's Reply is due on October 3, 2005. The Court then scheduled a Motions Hearing for October 7, 2005, at 9:45am.

As of this writing the administrative record is not quite complete and the parties want the opportunity to address any disputes about the completeness of the record informally before dispositive motions are exchanged. Accordingly, the parties have agreed that Defendants should first file their administrative record with the Court and serve same to Plaintiff. Plaintiff then will review the administrative record and within two weeks of Plaintiff receiving the administrative record, the parties will submit a proposed briefing schedule setting forth deadlines for the filing of dispopsitive motions and responses. Accordingly, Defendants propose (with Plaintiff's consent) the following:

1. The Court vacate the current Briefing Schedule and Motions Hearing;
2. Defendants shall have up to and including September 7, 2005, to file their administrative record;
3. Parties shall have up to and including September 21, 2005, to review the said record and address any issues they may have as to its contents.
4. On or before September 21, 2005, the parties will submit a proposed scheduling order setting forth deadlines for the filing of dispositive motions and responses. The parties will also propose a date for oral argument on these motions.

Accordingly, Defendants respectfully request that the Court amend its Briefing Schedule and adopt Defendants' proposal.

Dated: August 31, 2005.                     Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

_____/s/_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
(202) 514-8780 (facsimile)
john.truong@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN CARGO TRANSPORT, INC. | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Action No.: 05-1452 (RBW) ECF |
| ANDEW S. NATSIOS, U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, and JOHN JAMIAN, ACTING MARITIME ADMINISTRATOR, DEPARTMENT OF TRANSPORTATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT**
**MOTION TO AMEND THE BRIEFING SCHEDULE**

Upon consideration of Defendants' Consent Motion to Amend the Briefing Schedule and the entire record herein, it is this _____ day of _____, 2005,

ORDERED that the Briefing Schedule set on July 26, 2005, be and is hereby VACATED; it is

ORDERED that the Motions Hearing set for October 7, 2005, at 9:45am, be and is hereby VACATED; it is

ORDERED Defendants shall have up to and including September 7, 2005, to file their administrative record; it is

ORDERED that the parties shall have up to and including September 21, 2005, to review the said record and address any issues as to its contents; and it is

ORDERED that on or before September 21, 2005, the parties submit a proposed scheduling order setting forth proposed deadlines for the filing of dispositive motions and responses. The parties will also propose a date for hearing on these motions.

SO ORDERED.

_____
U.S. District Judge