UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CARGO TRANSPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANDEW S. NATSIOS,<br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,<br>and JOHN JAMIAN, ACTING MARITIME ADMINISTRATOR, DEPARTMENT OF TRANSPORTATION,<br><br>Defendants. | Action No.: 05-1452 (RBW)<br>ECF |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT
MOTION TO AMEND THE BRIEFING SCHEDULE**

Upon consideration of Defendants' Consent Motion to Amend the Briefing Schedule and the entire record herein, it is this _1st_ day of _September_, 2005,

ORDERED that the Briefing Schedule set on July 26, 2005, be and is hereby VACATED; it is

ORDERED that the Motions Hearing set for October 7, 2005, at 9:45am, be and is hereby VACATED; it is

ORDERED Defendants shall have up to and including September 7, 2005, to file their administrative record; it is

ORDERED that the parties shall have up to and including September 21, 2005, to review the said record and address any issues as to its contents; and it is

4

ORDERED that on or before September 21, 2005, the parties submit a proposed scheduling order setting forth proposed deadlines for the filing of dispositive motions and responses. The parties will also propose a date for hearing on these motions.

SO ORDERED.

_____
U.S. District Judge