# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CARGO TRANSPORT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANDEW S. NATSIOS,<br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,<br>and JOHN JAMIAN, ACTING MARITIME ADMINISTRATOR, DEPARTMENT OF TRANSPORTATION,<br><br>    Defendants. | Action No.: 05-1452 (RBW)<br>ECF |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Pursuant to the Court's September 1, 2005 Order, Defendants hereby file an official copy of the administrative record (page nos. 1-102) on CD-ROM. Documents pertaining to Defendant U.S. Agency for International Development (USAID) contain bates number 1-78. Documents pertaining to Defendant Maritime Administrator contain bates number 79-102.

A copy of the administrative record is also being served by hand delivery upon Mr. Timothy Shea, Plaintiff's Counsel, at 1629 K Street St., N.W., Washington, D.C. 20006.

Dated: September 7, 2005

Respectfully Submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

                     /s/
_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant