UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CARGO TRANSPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANDEW S. NATSIOS, U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, and JOHN JAMIAN, ACTING MARITIME ADMINISTRATOR, DEPARTMENT OF TRANSPORTATION,<br><br>Defendants. | Action No.: 05-1452 (RBW)<br>ECF |

**STIPULATED BRIEFING SCHEDULE**

Pursuant to the Court's September 1, 2005 Order, the parties reviewed the Administrative Records, filed by Defendants, and are now submitting a Stipulated Briefing Schedule governing the filing of dispositive motions in the above-captioned case.

| Events | Deadlines |
|---|---|
| Motion for Summary Judgment | October 31, 2005 |
| Opposition Briefs | November 16, 2005 |
| Reply Briefs | November 30, 2005 |
| Motions Hearing | December 9, 2005, at 9:00am (proposed) |

So Stipulated by the Parties.

Dated: September 21, 2005                        Respectfully Submitted,

| | |
|---|---|
| \_\_\_\_\_/s/ (with permission)_____ <br> Tim Shea <br> Nemirow Hu & Shea <br> 1629 K Street, NW, #600 <br> Washington, DC  20036 <br><br> Attorney for Plaintiff | _____/s/_____ <br> KENNETH L. WAINSTEIN D.C. BAR #451058 <br> UNITED STATES ATTORNEY <br><br> _____/s/_____ <br> R. CRAIG LAWRENCE, D.C. BAR #171538 <br> Assistant United States Attorney <br><br> _____/s/_____ <br> JOHN C. TRUONG, D.C. BAR #465901 <br> Assistant United States Attorney <br> 555 Fourth Street, N.W. <br> Washington, D.C.  20530 <br> (202) 307-0406 <br><br> Attorneys for Defendant |

It is so ORDERED by the Court on this \_\_\_\_\_ day of _____, 2005.

_____
U.S. District Judge