UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CARGO TRANSPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANDEW S. NATSIOS, U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, and JOHN JAMIAN, ACTING MARITIME ADMINISTRATOR, DEPARTMENT OF TRANSPORTATION,<br><br>Defendants. | Action No.: 05-1452 (RBW)<br>ECF |

**DEFENDANTS' CONSENT MOTION TO
AMEND THE MINUTE ORDER**

Defendants respectfully request that the Court amend the September 23, 2005 Minute Order setting forth deadlines for the parties to file their cross motions for summary judgment. Specifically, Defendants request that the Court extend the deadline for the filing of these motions by four days from October 31, 2005, to November 4, 2005. All other deadlines, including the deadlines for the opposition and reply briefs and the hearing date, remain the same. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this motion.

There is good cause to grant this motion. Defendants fully intended to file their motion for summary judgment today; however, a four-extension of time is needed so that the agencies can clarify an issue involving the Administrative Record that Defendants filed with the Court on September 8, 2005. The Administrative Record may not be complete. Plaintiff filed this lawsuit alleging that Defendants violated the Administrative Procedure Act when USAID awarded a

contract to a foreign-flag vessel rather than to a U.S.-flag vessel to transport 2,000 tons of sorghum to Somalia. Since this case involves the Court's review of the Administrative Record to determine whether Defendants violated the APA, the Administrative Record plays an essential role in the case.

The undersigned counsel only discovered late last week that the Administrative Record may not be complete. The official – with the most knowledge of whether the submitted Administrative Record is complete – was not in the office on Friday and it is unclear whether that official is in the office today. Defendants anticipate resolving the issues surrounding the Administrative Record in the next two days and that the undersigned anticipates completing the summary judgment motion by then. More importantly, a four-day extension is also needed so that the undersigned could submit the motion for client and supervisory review prior to filing it with the Court.

For these reasons, the Court should grant Defendants' consent motion for a four-day extension for the parties to file their cross motions for summary judgment. All other deadlines as set forth in the Court's September 23, 2005 Minute Order remain the same.

Dated: October 31, 2005.                        Respectfully Submitted,

                                                  /s/
                                      KENNETH L. WAINSTEIN, D.C. BAR #451058
                                      United States Attorney

                                                  /s/
                                      R. CRAIG LAWRENCE, D.C. BAR #171538
                                      Assistant United States Attorney

                                    /s/
                               JOHN C. TRUONG, D.C. BAR #465901
                               Assistant United States Attorney
                               555 Fourth Street, N.W.
                               Washington, D.C.  20530
                               (202) 307-0406

                               Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CARGO TRANSPORT, INC. | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Action No.: 05-1452 (RBW) ECF |
| ANDEW S. NATSIOS, ET AL, | ) ) |  |
| Defendants. | ) ) |  |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT
MOTION TO AMEND MINUTE ORDER**

Upon consideration of Defendants' Consent Motion to Amend the Minute Order and the entire record herein, it is this _____ day of _____, 2005,

ORDERED that the September 23, 2005 Minute Order be and is hereby AMENDED; it is

ORDERED that the parties shall have to and including November 4, 2005, to file their respective cross motions for summary judgment; and it is

FURTHER ORDERED that all other deadlines in the September 23, 2005 Minute Order shall remain the same.

SO ORDERED.

_____
U.S. District Judge