# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA CARGO TRANSPORT, INC.<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ANDEW S. NATSIOS,<br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,<br>and JOHN JAMIAN, ACTING MARITIME ADMINISTRATOR, DEPARTMENT OF TRANSPORTATION,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-1452 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Order [Proposed]

Upon consideration of plaintiff's motion for summary judgment, defendants' motion for summary judgment, the oppositions thereto, the replies and the entire record herein, it is hereby

　　Ordered that plaintiff's motion is granted;

　　Ordered that defendants' motion is denied;

　　Ordered that the decision of the United States Agency for International Development dated July 2005 purporting to override the provisions of the Cargo Preference Act of 1954, 46 U.S.C. app. § 1241, is hereby set aside as arbitrary, capricious and not in accordance with law;

　　Ordered that defendant United States Agency for International Development shall be, and hereby is, ordered to make up in the 2006 Title II program 270,000 metric tons for the US-flag; such make up tonnage shall be in addition to, and not in lieu of, existing obligations with respect to use of US-flag vessels; and it is

          Ordered that plaintiff shall be entitled to award of fees and costs for this action.

                                                _____
                                                United States District Judge

Dated: