UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CARGO TRANSPORT, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>ANDEW S. NATSIOS, U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, and JOHN JAMIAN, ACTING MARITIME ADMINISTRATOR, DEPARTMENT OF TRANSPORTATION,<br><br>    Defendants. | Action No.: 05-1452 (RBW)<br>ECF |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
FOR WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Local Rules 7(h) and 56.1, Defendants, U.S. Agency for International Development ("USAID") and Maritime Administrator, hereby submit the following Statement of Material Facts for Which There is No Genuine Dispute:

1. Under the Agricultural Trade and Development Act of 1954 (Title II), 7 U.S.C. § 1721 et seq., USAID provides food aid commodities to meet humanitarian needs in the developing world under what is commonly referred to as the Food for Peace program. Declaration of Denise Scherl at ¶ 3 (Gov. Exh. A).

2. USAID collaborates with Cooperative for American Relieve Everywhere (CARE) – a non-profit organization – to distribute food aid to those in need. Scherl Decl. at ¶ 3, 5. The sponsors are responsible for handling the implementation of food aid projects in various nations, including the procurement of ocean transportation of food aid. The

transportation of the food is arranged through a competitive system under USAID's Booking Guidelines. Id. at ¶ 3.

3. USAID made available 2000 metric tons of sorghum to CARE to deliver Somalia. Scherl Decl. at ¶ 6.

4. On July 11, 205, CARE's agent sent out a request for proposal, and designated the sorghum cargo as urgent. See A.R. 9-13.

5. The sorghum cargo was designated by USAID as "emergency" cargo. A.R. 26.

6. CARE's agent received several offers to transport the sorghum cargo. Scherl Decl. at ¶ 7. See A.R. 14-20.

7. Plaintiff American Cargo Transport Inc., a U.S.-flag vessel, offered to transport the sorghum cargo for $298 per metric ton, picking up on July 20, 2005, for delivery to Mombasa, Kenya, on July 29/30, 2005. A.R. 6-8, 22-23.

8. Global Container Lines, a foreign-flag vessel, offered to transport the same cargo for $65 per metric ton, picking up on July 23, 2005, for delivery on August 7, 2005. A.R 4-8.

9. Because of a difference of $233 per metric ton in the price that Plaintiff offered and that of Global Container Lines, USAID awarded the contract of transporting the sorghum to Global Container Lines. A.R. 6-8; Scherl Decl. at ¶ 9.

10. Mr. Kevin P. Callahan, Plaintiff's attorney, contacted USAID to protest the contract award. A.R. 85-86.

11. Mr. Ahamad Obaid, Plaintiff's agent, also contacted USAID to protest the award and expressed disappointment over USAID's decision. A.R. 88-89.

12. Messrs. Callahan and Obaid then engaged Defendant Maritime Administrator to help convince USAID to reverse course. 93-95.

13. Defendant Maritime Administrator also contacted USAID to lodge its concerns and tried to convince USAID to award the contract to Plaintiff. A.R. 91, 97-98.

Dated: November 4, 2005.                                   Respectfully Submitted,


                                                      /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


                                                      /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney


                                                      /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants