MFRC2110   **All times are for the Central time zone.
Last updated on: 06/16/2005 10:13:27 AM CDT

---

**COMMODITY REQUEST NUMBER: CR-05-00862**

Sponsor: **CARE**
151 ELLIS STREET
ATLANTA, GA, USA 30303

Cmdy Request Date: 06/07/2005 02:29:17 PM CDT

Request Status: IN PROGRESS
Status Date: 06/07/2005 02:29:17 PM CDT

Cmdy Type: PROCESSED
Dest Country: SOMALIA
U.S. Port Load Date: 06/24/2005
Dest Date: 07/25/2005
S.I. Number:
Agreement Number: NOT YET KNOWN
Order Number:
Regional Designation:
Free Form Remarks: All commodities should be delivered from the Pre-po stock as follows:
From Lake Charles - CSB-900 MT, Lentil-800 MT and Veg Oil-250 MT.
From Dubai - Sorghum bagged - 2,000 MT
Requirements:

Program: TITLE II
Fiscal Year: 2005
Project Number:
Type/Subtype: EMERGENCY/DIRECT DISTRIBUTION
CCC Number: 5901
Cable Number:
Freight Consolidation:

---

**FREIGHT FORWARDER**

MULLER SHIPPING CORP.
ONE INDUSTRIAL PLAZA - BLDG. #
VALLEY STREAM, NY, USA 11581

---

**COMMODITIES REQUESTED**

**CORN-SOY BLEND, 25 KG**   Country: SOMALIA   Requested Quantity (MT): 900
Delivery Point: MOMBASA   Open Quantity (MT): 0

| Date-Time | Transaction Type | Source | Quantity (MT) |
|---|---|---|---|
| 06/13/2005 02:11:36 PM CDT | PREPO | CR-05-00763 | 900 |

Markings: -SMR-1 USAID-Distribution
Certificates: -Origin
-Fumigation
-Phytosanitary Certificate
-Export Cert. - form KC-156 required.
-Also required: Certificate of donation and packing list.
Shipping Requirements: -BREAK BULK ONLY

GOVERNMENT EXHIBIT Opp. A

---

**LENTILS, 50 KG**   Country: SOMALIA   Requested Quantity (MT): 800

Delivery Point: MOMBASA          Open Quantity (MT): 0

| Date-Time | Transaction Type | Source | Quantity (MT) |
|---|---|---|---|
| 06/13/2005 02:12:52 PM CDT | PREPO | CR-05-00763 | 800 |

**Markings:** -SMR-1 USAID-Distribution
**Certificates:**
-Origin
-Fumigation
-Phytosanitary Certificate
-Export Cert. - form KC-156 required.
-Also required: Certificate of donation and packing list.

**Shipping Requirements:** -BREAK BULK ONLY

---

**OIL - VEGETABLE, 6/4 L ROUND**     Country: SOMALIA    Requested Quantity (MT): 250
                                     Delivery Point: MOMBASA    Open Quantity (MT): 0

| Date-Time | Transaction Type | Source | Quantity (MT) |
|---|---|---|---|
| 06/13/2005 02:13:23 PM CDT | PREPO | CR-05-00763 | 250 |

**Markings:** -SMR-1 USAID-Distribution
**Certificates:**
-Origin
-Fumigation
-Phytosanitary Certificate
-Export Cert. - form KC-156 required.
-Also reqauired: Certificate of donation and packing list.

**Shipping Requirements:** -BREAK BULK ONLY

---

**SORGHUM, 50 KG**    Country: SOMALIA    Requested Quantity (MT): 2,000
                      Delivery Point: MOMBASA    Open Quantity (MT): 0

| Date-Time | Transaction Type | Source | Quantity (MT) |
|---|---|---|---|
| 06/13/2005 02:08:58 PM CDT | DIV | CR-05-00452, PREPO PORT RASHID | 2,000 |

**Markings:** -SMR-1 USAID-Distribution
**Certificates:**
-Origin
-Fumigation
-Phytosanitary Certificate
-Export Cert. - form KC-156 required.
-Also required: Certificate of donation and packing list.

**Shipping Requirements:** -BREAK BULK ONLY

| Action | Date, Time, Organization, Name | Comments |
|---|---|---|
| APPROVED BY PDD / ROUTED TO EOD | 06/16/2005 10:13:27 AM CDT PDD, DAVID J LOVO | All commodities to come from prepo, see note w/regard to CSB. |
| | 06/13/2005 02:53:52 PM CDT AID, GLENN MILANO | CSB was not purchased on 055 INV thus can not be taken from prepo. Glenn |

| APPROVED BY AID / ROUTED TO PDD | 06/13/2005 02:22:35 PM CDT AID, SYLVIA R MOORE | |
|---|---|---|
| | 06/13/2005 02:09:42 PM CDT AID, GLENN MILANO | Sylvia, prepo diversions are complete. |
| | 06/09/2005 04:15:08 PM CDT AID, SYLVIA R MOORE | FOR FFP/POD: Glenn, we need your prepo allocations for this request. |
| | 06/09/2005 01:04:28 PM CDT AID, MATTHEW ANDERSON | CBO concurs on this request. These commodities are to sourced from Prepo in Dubai and Lake Charles |
| APPROVED BY CARE / ROUTED TO AID | 06/07/2005 03:24:50 PM CDT CARE, ASHRAF AHMED | Jeanette - this is a new submission and did not ask for return to me. Sent back to you for approval. Ashraf |
| APPROVED BY AID / ROUTED TO CARE | 06/07/2005 03:10:13 PM CDT AID, JEANETTE LEE | PER YOUR REQUEST. |
| APPROVED BY CARE / ROUTED TO AID | 06/07/2005 02:43:50 PM CDT CARE, ASHRAF AHMED | |