11/17/2004 Revision
Editorial: NO
Substantive: YES

**Functional Series 100 – Agency Organization and Legal Affairs**
**ADS 103 – Delegations of Authority**

### Table of Contents

| | | |
|---|---|---|
| **103.1** | **OVERVIEW** | 4 |
| **103.2** | **PRIMARY RESPONSIBILITIES** | 4 |
| **103.3** | **POLICY DIRECTIVES AND REQUIRED PROCEDURES** | 4 |
| **103.3.1** | **General Provisions** | 4 |
| 103.3.1.1 | Delegation to U.S. Citizen Personal Services Contractors (USPSCs) and Non-U.S. Citizen Employees | 5 |
| 103.3.1.2 | Acting Officials for Presidentially Appointed Senate-Confirmed (PAS) Positions | 6 |
| **103.3.2** | **International Development Cooperation Agency (IDCA)** | 7 |
| **103.3.3** | **Order of Succession- Administrator** | 7 |
| **103.3.4** | **Deputy Administrator** | 7 |
| **103.3.5** | **Assistant Administrator for Program and Policy Coordination (AA/PPC)** | 7 |
| **103.3.6** | **Deputies of Assistant Administrators and Deputies of Heads of Independent Offices** | 9 |
| **103.3.7** | **Executive Secretary (ES)** | 9 |
| 103.3.7.1 | Office of Security | 9 |
| **103.3.8** | **Assistant Administrators, Mission Directors, and Other Principal Officers** | 9 |
| 103.3.8.1 | Strategic Planning | 9 |
| 103.3.8.2 | Program Implementation Authorities | 10 |
| 103.3.8.3 | Source, Origin, and Nationality for Procurement | 10 |
| 103.3.8.4 | General Delegation of Authority to Coordinate With Other U.S. Government Agencies on Economic Cooperation Activities | 10 |
| 103.3.8.5 | Acceptance and Use of Gifts to the Agency | 11 |
| 103.3.8.6 | Reimbursable Programs Under Section 607 of the FAA | 11 |
| 103.3.8.7 | Food Aid Authorities | 11 |
| 103.3.8.8 | Housing Guaranty, Other Credit Programs, and Agricultural and Productive Credit and Self Help Community Development Programs | 13 |
| 103.3.8.9 | Registration of Indigenous Private and Voluntary Organizations | 14 |
| *103.3.8.10 | Interagency Agreements | 14 |
| 103.3.8.11 | Grants and Cooperative Agreements | 15 |
| 103.3.8.12 | Claims | 15 |
| 103.3.8.13 | Performance Based Actions | 15 |
| 103.3.8.14 | Waiver of Transportation Source Requirements | 16 |
| 103.3.8.15 | Details to Foreign Governments and International Organizations Under Sections 627 and 628 of the FAA | 16 |
| **103.3.9** | **Principal Diplomatic Officers** | 16 |

\* An asterisk indicates that the adjacent material is new or substantively revised.



GOVERNMENT
EXHIBIT
Opp.   B

**103.3.10**   **Bureau for Management (M)** ...................................................**17**
103.3.10.1   Assistant Administrator for Management (AA/M) ...............................17
103.3.10.2   Director, Office of Financial Management (M/FM) .............................19
103.3.10.3   Chief, Payroll Division (FM/P) .....................................................19
103.3.10.4   Chief, Central Accounting and Reporting Division (FM/CAR) ...............20
103.3.10.5   Director, Office of Information Resources Management (M/IRM) ..........20
*103.3.10.6   Reserved .............................................................................21
*103.3.10.7   Director, Office of Acquisition and Assistance (OAA) ........................21
103.3.10.8   Chief, Office of Procurement, Evaluation Division (M/OP/E)................22
103.3.10.9   Office of Administrative Services (M/AS) .......................................22
103.3.10.10   Deputy Director, M/AS ............................................................22
103.3.10.11   Chief, Travel and Transportation Branch (M/AS/TT)........................22
103.3.10.12   Chief, Property Management Division (M/AS/PMD) ..........................22
103.3.10.13   Chief, Information Records Division (M/AS/IRD) .............................22
103.3.10.14   Deputy Assistant Administrator for Office of Human Resources
             (M/DAA/HR) Primary Responsibility for Human Resources Management22
**103.3.11**   **Bureau for Africa (AFR)**.......................................................**23**
103.3.11.1   Mission Directors and USAID Principal Officers ..............................23
103.3.11.2   Directors of the Office of West African Affairs (AFR/WA), the Office of
             Sustainable Development (AFR/SD), the Disaster Response Coordination
             Office (AFR/DRC), the Office of Eastern Africa Affairs (AFR/EA), the
             Office of Southern Africa Affairs (AFR/SA) and the Office of Development
             Planning (AFR/DP) (Collectively, "AFR/W Office Directors") ................24
103.3.11.3   Special Self-Help ("SSH") and Democracy and Human Rights Fund
             ("DHRF") Programs ................................................................26
**103.3.12**   **Bureau for Asia and the Near East (ANE)**..........................................**26**
103.3.12.1   ANE Mission Directors and Principal Officers ................................27
103.3.12.2   USAID/Egypt Regional Contracting Officer (RCO/E) .........................28
**103.3.13**   **Bureau for Europe and Eurasia (E&E)** ..........................................**28**
103.3.13.1   E&E Mission Directors, Principal Officers, and E&E Washington-Based
             Office Directors ...................................................................28
103.3.13.2   Enterprise Funds ..................................................................29
**103.3.14**   **Bureau for Latin America and the Caribbean (LAC)** .......................**30**
103.3.14.1   Director, Office of Strategic and Portfolio Management (LAC/SPM);
             Director, Office of Regional Sustainable Development (LAC/RSD); and
             Director, Office of Development, Planning and Budget (LAC/DPB) .......30
103.3.14.2   LAC Mission Directors and USAID Principal Officers..........................30
103.3.14.3   Latin America Development Act of 1960.........................................31
**103.3.15**   **Bureau for Democracy, Conflict and Humanitarian Assistance
             (DCHA)**............................................................................**31**
103.3.15.1   Assistant Administrator for DCHA................................................32
103.3.15.2   DCHA Office Directors ...........................................................32
103.3.15.3   Director of the Office of Food for Peace.......................................33
103.3.15.4   Director of the Office of Private-Voluntary Cooperation/American Schools
             and Hospitals Abroad.............................................................33
103.3.15.5   Director of the Office of Foreign Disaster Assistance ..........................35

103.3.15.6   Director of the Office of Transition Initiatives ...........................35
103.3.15.7   Director of the Office of Democracy and Governance ...........35
103.3.15.8   Director of Office for Conflict Management and Mitigation...........35
**103.3.16     Bureau for Global Health (GH)...........................................36**
103.3.16.1   General Delegations ...........................................................36
103.3.16.2   Human Subject Research - Assistant Administrator and Cognizant Human
             Subjects Officer ................................................................36
**103.3.17     Bureau for Global Programs, Field Support and Research (G) .......36**
103.3.17.1   Senior Deputy Assistant Administrator (SDAA/G)...................36
103.3.17.2   Deputy Assistant Administrators...........................................37
103.3.17.3   Director of the Center for Economic Growth .........................37
103.3.17.4   Director of the Center for the Environment ..........................37
103.3.17.5   The Directors of the Office of Administrative Management Staff, the Office
             of Program Development and Strategic Planning, and the Office of
             Women in Development........................................................38
**103.3.18     Office of Equal Opportunity Programs (EOP) .....................38**
**103.3.19     Office of the General Counsel (GC)...................................39**
**103.3. 20    Office of the Inspector General (IG) ..................................39**
**103.3.21     Executive Officers ...........................................................39**

**103.4        MANDATORY REFERENCES ............................................39**
**103.4.1      External Mandatory References .......................................39**
**103.4.2      Internal Mandatory References .......................................40**

**103.5        ADDITIONAL HELP ........................................................41**

**103.6        DEFINITIONS ................................................................41**

      **(2)**    Exceptions to the strategic planning procedures; and

      **(3)**    The substantive terms and conditions of management contracts and amendments thereto.

**b.**    Implementation authorities set forth in ADS **103.3.8.2**.

**c.**    Source, origin and nationality waiver authority set forth in ADS **103.3.8.3**. (See **ADS 310.5.5a**, which delegates comparable source, origin, and nationality waiver authority to the Director of OFDA.)

**d.**    Coordination authority set forth in ADS **103.3.8.4**.

**e.**    Gift acceptance and use authority set forth in ADS **103.3.8.5**.

**f.**    Authorities for interagency agreements set forth in ADS **103.3.8.10**.

**103.3.15.3**   **Director of the Office of Food for Peace**
           Effective Date: 06/27/2003

Additional authorities delegated to the Director, FFP, by AA/DCHA

**a.**    All food aid authorities and functions, including the administration, approval, and implementation of programs under Titles II and III of the Agricultural Trade Development and Assistance Act of 1954, as amended (P.L. 480), 7 U.S.C. §§ 1691 et seq., except functions reserved to other USAID staff by ADS **103.3.8.7.b-f** (other than as provided in ADS **103.3.8.7.e.1.b**)). Authorities delegated to the Director of FFP hereunder include, without limitation, the authority to authorize, approve, negotiate, execute and implement transfer authorizations and grants, and ancillary obligation or implementation documents necessary to carry out emergency and non-emergency P.L. 480 Title II programs. Such transfer authorizations and grants may include authorization or obligation of funds for commodities, transport, distribution, storage, and all other expenditures necessary and proper to carry out Title II programs.

**b.**    Authority to coordinate activities of FFP with activities of the U.S. Department of Agriculture (USDA) undertaken under Title I of P.L. 480 or Section 416(b) of the Agricultural Act of 1949, as amended (P.L. 81-439).

**103.3.15.4**   **Director of the Office of Private-Voluntary Cooperation/American Schools and Hospitals Abroad**
           Effective Date: 06/27/2003

Additional authorities delegated to the Director, PVC/ASHA, by AA/DCHA

    **a.**    Authority to register private and voluntary organizations (PVOs).