# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CARGO TRANSPORT, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ANDEW S. NATSIOS,<br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,<br>and JOHN JAMIAN, ACTING MARITIME ADMINISTRATOR, DEPARTMENT OF TRANSPORTATION,<br><br>　　　Defendants. | Action No.: 05-1452 (RBW)<br>ECF |

## NOTICE OF FILING

On November 16, 2005, Defendants in the above-captioned action filed their Opposition to Plaintiff's Motion for Summary Judgment. Defendants inadvertently did not include with their filing "Defendants' Response to Plaintiff's Statement of Material Facts as to Which There is No Genuine Issue" ("Defendants' Response"). Defendants are filing Defendants' Response herein. See Gov. Exh. A.

Dated: November 17, 2005.    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. BAR #451058
　　　　　　　　　　　　　　　　　　　United States Attorney

          /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

          /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendants