UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CARGO TRANSPORT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANDEW S. NATSIOS,<br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,<br>and JOHN JAMIAN, ACTING MARITIME ADMINISTRATOR, DEPARTMENT OF TRANSPORTATION,<br><br>    Defendants. | Action No.: 05-1452 (RBW)<br>ECF |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Rules 7(h) and 56.1, Defendants U.S. Agency for International Development ("USAID") and Maritime Administrator ("MARAD") hereby respond to Plaintiff's Statement of Material Facts as to Which There is No Genuine Issue as follows:

1.  Not disputed.

2.  Not disputed.

3.  Not disputed.

4.  This is a statement of law. "Legal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." Colbert v. Chao, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

Gov. Exh. A                                      1

5. This is a statement of law. "Legal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." <u>Colbert v. Chao</u>, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

6. Not disputed.

7. Not disputed.

8. This is a statement of law. "Legal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." <u>Colbert v. Chao</u>, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

9. This is a statement of law. "Legal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." <u>Colbert v. Chao</u>, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

10. This is a statement of law. "Legal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." <u>Colbert v. Chao</u>, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

11. Not disputed.

12. This statement is not a material fact in that it does not "affect the outcome of the case under governing law." <u>Nails v. England</u>, 311 F. Supp.2d 116, 121 (D.D.C. 2004).

13. This is a statement of law. "Legal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." <u>Colbert v. Chao</u>, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

14. Not disputed.

15. This is a statement of law. "Legal conclusions cloaked as facts are not sufficient to

create a genuine issue of material fact." Colbert v. Chao, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

16. Not disputed.

17. The statement of facts as it pertains to MARAD's report on the annual tonnages and percentages of Title II program is not disputed. The remaining statement of facts in this Paragraph are not material in that they do not "affect the outcome of the case under governing law." Nails v. England, 311 F. Supp.2d 116, 121 (D.D.C. 2004).

18.  Not disputed.

19. Not disputed.

20. This is a statement of law. "Legal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." Colbert v. Chao, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

21. This statement is not a material fact in that it does not "affect the outcome of the case under governing law." Nails v. England, 311 F. Supp.2d 116, 121 (D.D.C. 2004).

22. Not disputed.

23. Not disputed.

24. Not disputed. The "call forward" request is provided herein as Opp. Gov. Exh. A.

25. Not disputed.

26. Not disputed.

27. Not disputed.

28. Not disputed.

29. This statement is not a material fact in that it does not "affect the outcome of the case

under governing law." <u>Nails v. England</u>, 311 F. Supp.2d 116, 121 (D.D.C. 2004).

30. This statement is not a material fact in that it does not "affect the outcome of the case under governing law." <u>Nails v. England</u>, 311 F. Supp.2d 116, 121 (D.D.C. 2004).

31. Not disputed.

32. This statement is not a material fact in that it does not "affect the outcome of the case under governing law." <u>Nails v. England</u>, 311 F. Supp.2d 116, 121 (D.D.C. 2004).

33. Not disputed.

34. Not disputed.

35. Not disputed.

36. The "A.R." cited does not support this statement of facts. The Court should strike this statement of facts for failure to comply with Local Rule 7(h), which requires that each factual statement refers to the "parts of the records relied on to support the statement."

37. Not disputed.

38. Not disputed.

39. Not disputed. But Defendants clarify that the sorghum cargo was designated as an "emergency" cargo from the beginning. <u>See</u> Opp. Gov. Exh. A, A.R. 27, and TRO Trans. at p. 22.

40. Not disputed.

41. The statement of facts that pertains to the Affidavit of Ms. Denis Scherl is not disputed. The statement of facts that pertains to the authority to waive the application of the Cargo Preference Act is a statement of law. "Legal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." <u>Colbert v. Chao</u>, 2001 WL 710114,

Gov. Exh. A                                                    4

    * 7 (D.D.C. June 19, 2001).

42. This statement is not a material fact in that it does not "affect the outcome of the case under governing law." <u>Nails v. England</u>, 311 F. Supp.2d 116, 121 (D.D.C. 2004).

43. This statement is not a material fact in that it does not "affect the outcome of the case under governing law." <u>Nails v. England</u>, 311 F. Supp.2d 116, 121 (D.D.C. 2004).

44. This statement is not a material fact in that it does not "affect the outcome of the case under governing law." <u>Nails v. England</u>, 311 F. Supp.2d 116, 121 (D.D.C. 2004). USAID did not waive the Cargo Preference Act. Rather, USAID invoked the "notwithstanding authority" provision under 22 U.S.C. § 1722(a). <u>See</u> A.R. 6-8.

45. This statement of facts fails to cite to any record for support. The Court should strike this statement of facts for failure to comply with Local Rule 7(h), which requires that each factual statement refers to the "parts of the records relied on to support the statement."

46. This statement of facts fails to cite to any record for support. The Court should strike this statement of facts for failure to comply with Local Rule 7(h), which requires that each factual statement refers to the "parts of the records relied on to support the statement."

47. Not disputed.

Dated: November 16, 2005.    Respectfully Submitted,

              /s/
              KENNETH L. WAINSTEIN, D.C. BAR #451058
              United States Attorney

>                          /s/
> R. CRAIG LAWRENCE, D.C. BAR #171538
> Assistant United States Attorney
>
>                          /s/
> JOHN C. TRUONG, D.C. BAR #465901
> Assistant United States Attorney
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
> (202) 307-0406
>
> Attorneys for Defendants