UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CARGO TRANSPORT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW S. NATSIOS, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT, and JOHN JAMIAN, ACTING DIRECTOR, DEPARTMENT OF TRANSPORTATION, <br><br> Defendants. | Civil Action No. 05-1452 (RBW) |

**ORDER**

Upon consideration of the parties' motions for summary judgment, and for the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby,

**ORDERED** that the defendants' motion for summary judgment is **GRANTED**. It is further

**ORDERED** that the plaintiff's motion for summary judgment is **DENIED**. It is further

**ORDERED** that the above-captioned case shall be **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 19th day of April, 2006.

REGGIE B. WALTON
United States District Judge