UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA CARGO )
TRANSPORT, INC. )
 )
 )
Plaintiff, )
 )
 )
v. ) Civil Action No.: 05-1452 (RBW)
 )
ANDREW S. NATSIOS, )
U.S. AGENCY FOR INTERNATIONAL )
DEVELOPMENT, )
and JOHN JAMIAN, ACTING )
MARITIME ADMINISTRATOR, )
DEPARTMENT OF TRANSPORTATION, )
 )
Defendants. )

**Notice of Appeal**

Notice is hereby given that America Cargo Transport, Inc., Plaintiff in the above action, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment and order granting summary judgment to defendants and dismissing the case with prejudice in this action dated on or about April 19, 2006.

Respectfully submitted,

Timothy B. Shea
DC Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, DC 20006
Telephone 202-835-0300
Attorney for America Cargo
Transport, Inc.